# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00765-CV

**Miles Anson Olson, Appellant**

**v.**

**Jacqueline Hannah Avery, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. D-1-FM-08-002533, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On December 16, 2008, appellant Miles Anson Olson filed his notice of appeal from a district court judgment that was ultimately signed on January 7, 2009. This appeal was assigned the above-captioned cause number, 03-08-00765-CV. Subsequently, on February 3, 2009, Olson filed a motion for new trial in the district court. After his motion was denied, Olson filed, on March 16, 2009, a second notice of appeal from the district court's judgment. This Court assigned Olson's second appeal a separate cause number, 03-09-00144-CV. This appeal is currently proceeding, and the clerk's record has already been filed under that cause number.

Olson has filed a "Motion to Withdraw Premature Notice of Appeal" in which he seeks to dismiss the original appeal he filed on December 16, 2008, Cause No. 03-08-00765-CV. We grant Olson's motion and dismiss that appeal. *See* Tex. R. App. P. 42.1(a). This dismissal does not affect Olson's pending appeal in Cause No. 03-09-00144-CV.

_____

Bob Pemberton, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed on Appellant's Motion

Filed:   June 11, 2009